**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JULIO ROMERO-SALAS,<br><br>                               Petitioner,<br><br>v.<br><br>WILLIAM BARR, Attorney General of the United States; CHAD WOLF, Acting Secretary of the United States Department of Homeland Security; MATTHEW T. ALBENCE, Deputy Director and Senior Official Performing the Duties of the Director of Immigration and Customs Enforcement; GREGORY ARCHAMBAULT, Field Office Director, United States Immigration and Customs Enforcement; JAMES DOBSON, Assistant Field Office Director, Immigration and Customs Enforcement; CHRISTOPHER J. LAROSE, Senior Warden, Otay Mesa Detention Center,<br><br>                               Respondents. | Case No.: 20-cv-00797-H-MDD<br>Related Case No. 20-cv-00750-H-MDD<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITHOUT PREJUDICE AND DIRECTING THE CLERK TO CLOSE THE CASE**<br><br>[Doc. No. 4.] |

     On May 5, 2020, the parties filed a joint motion pursuant to Federal Rule of Civil Procedure 41 to dismiss the action in its entirety without prejudice, with each party to bear its own fees and costs. (Doc. No. 4.) The Court, for good cause shown, grants the joint

motion to dismiss.  The Court dismisses the action in its entirety without prejudice, with each party to bear its own fees and costs.  The Clerk is directed to close this case and the related case, Case No. 20-cv-750.

**IT IS SO ORDERED.**

DATED: May 6, 2020

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT